| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

COPY

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARD, PHILIP G | 2. Court or Organization<br><br>NDIL - WESTERN DIVISION | 3. Date of Report<br><br>04/03/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>211 SOUTH COURT STREET<br>ROOM 215<br>ROCKFORD, ILLINOIS 61101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Illinois Judges' Retirement System | $ 56,997.60 |
| 2. 2005 | Illinois Municipal Retirement Fund | $ 12,699.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2005 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Academy of Judicial Education | June 4-9, 2005 - Jackson Hole, WY -- Teach at Criminal Trial Skills Program: Transportation, lodging & meal expenses. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regal Beloit Corporation Common Stock | A | Dividend | L | T | partial donation | 09/08 | J | | |
| 2. IRA Acct. Wachovia Sec.: AMFI Com. Stock; Money Mkt Acct (X) | A | Div & Int. | K | T | | | | | |
| 3. AmCore Financial Accounts | B | Interest | L | T | | | | | |
| 4. Equitable Resources Common Stock | B | Dividend | M | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund | C | Dividend | N | T | Add | var. | L | | |
| 6. Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 7. Pioneer Natural Res.Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Nabors Ind. Ltd., f/k/a Nabors Ind., Inc. Common Stock | | None | J | T | | | | | |
| 9. Harbor Cap.App. Fund | A | Dividend | J | T | | | | | |
| 10. Artisian Int'l Fund | A | Dividend | K | T | | | | | |
| 11. Cisco Systems Common Stock | | None | J | T | | | | | |
| 12. E*Trade Clearning LLC Brokerage Account | A | Interest | J | T | | | | | |
| 13. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 14. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 15. Royce Small Cap Fund | B | Dividend | K | T | | | | | |
| 16. Tyco International Common Stock | A | Dividend | J | T | | | | | |
| 17. Baron Small Cap Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/03/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teleflex Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. Libbey Inc. Common Stock | A | Dividend | | | Sell | 12/02 | J | | |
| 20. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 21. Gold - Krugerrands | | None | L | T | | | | | |
| 22. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy More | 03/28 | J | | |
| 23. Meridian Growth Fund | A | Dividend | J | T | | | | | |
| 24. Abbott Laboritories Common Stock | A | Dividend | J | T | | | | | |
| 25. Associated Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 26. Johnson & Johnson Corp. Common Stock | A | Dividend | J | T | Buy More | var. | J | | |
| 27. MGE Energy Inc. Common Stock | A | Dividend | J | T | Buy More | 10/19 | J | | |
| 28. Serono SA ADR Common Stock | A | Dividend | J | T | Buy More | 02/07 | J | | |
| 29. 3M Corp. Common Stock | A | Dividend | J | T | Buy More | var. | J | | |
| 30. ING Direct Bank | A | Interest | | | Closed | 03/14 | L | | |
| 31. Immucor, Inc. Common Stock | | None | J | T | Buy | 07/26 | J | | |
| 32. SCP Pool Corp. Common Stock | | None | J | T | Buy | 10/18 | J | | |
| 33. Baron Partners Fund | A | Dividend | K | T | Buy | var. | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 12, Art. VII – E* Trade Clearing LLC Brokerage Account - The amounts listed under B & C are only for monies in that account. All stocks in the E* Trade account are listed individually under Part VII, as in past reports.

Trust #1 was created in March 2005. All trust assets required to be disclosed in Art. VII are listed therein.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 04/03/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _April 3, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544